IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEVEN W. SANDERS                                                                                      PLAINTIFF

v.                                      CASE NO. 2:22-CV-2074

KENDRA WOLD, Parole Officer,
Arkansas Community Corrections;
MAJOR RUH, Warden, Omega Unit; and
OWENS, Records Supervisor, Omega Unit                                                DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 16) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this August 26, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE